# MEMORANDUM CASE

[201 P.2d 597]

[Civ. No. 16449. Second Dist., Div. One. Dec. 29, 1948.]

EVELYN SCHEAS, Appellant, v. ANN SIPE, Respondent.

Robert E. Rosskopf for Appellant.

John F. Bender, Gizella M. Allen and Max B. Zimmerman for Respondent.

WHITE, J.—This is a companion case to *Rombotis* v. *Fink,* Civ. No. 16450, *ante,* p. 378 [201 P.2d 588], in which we have this day filed an opinion. Upon the authority of and for the reasons stated therein, the judgment herein is reversed and the cause remanded with directions to enter judgment for the plaintiff.

York, P. J., and Doran, J., concurred.

Respondent's petition for a hearing by the Supreme Court was denied February 24, 1949.